Commonwealth *v.* Hodgester, Appellant.

Submitted September 13, 1962. Before RHODES, P. J., ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ.

*Edward Hodgester*, appellant, in propria persona.

*Burton Satzberg* and *Arlen Specter*, Assistant District Attorneys, *Paul M. Chalfin*, First Assistant District Attorney, and *James C. Crumlish, Jr.*, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, November 15, 1962:
Judgment of sentence of the court below is affirmed on the opinion of Judge CHUDOFF for the court below, as reported in 28 Pa. D. & C. 2d 472.